UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFREY C. CLARK (#110305)

VERSUS                                              CIVIL ACTION

JAMES M. LEBLANC, ET AL                             NUMBER 08-597-FJP-DLD

ORDER

Before the court is the plaintiff's Motion to Assist Service. Record document number 3.

Plaintiff sought an order directing the defendants to provide a current residence, work or business address for defendants Richard Stalder and Cornel Hubert to the Clerk of Court, under seal, so that Stalder and Hubert may be served with process.

A review of the record showed that service on the defendants has not been ordered. Therefore;

IT IS ORDERED that the plaintiff's Motion to Assist Service is denied as premature. Plaintiff may re-urge his motion once the defendants have been served and counsel for the defendants have made an appearance on behalf of the defendants.

Signed in Baton Rouge, Louisiana, on October 7, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**