UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFREY C. CLARK (#110305)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NUMBER 08-597-FJP-DLD

RULING

Before the court is the plaintiff's Motion for Default Judgment. Record document number 17.

On December 15, 2008, the plaintiff sought entry of a default, which the Clerk entered three days later. Defendants then filed a motion for extension of time[1] to file responsive pleadings and a motion to set the default aside. On January 22, 2009, the default entered against the defendants was vacated.[2]

Since the Clerk's entry of default has been set aside there is no basis to enter a default judgment.

Accordingly, the plaintiff's motion for default judgment is denied.

Baton Rouge, Louisiana, January 27, 2009.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Record document number 18.

[2] Record document number 22.