UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFREY C. CLARK (#110305)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 08-0597-FJP-DLD

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, granting the defendants' motion to dismiss pursuant to Rule 12(b)(6) and motion for summary judgment pursuant to Rule 56.[2]

IT IS FURTHER ORDERED AND ADJUDGED that the claims against Gary Young, James Bueche, Stephen Wegesman and the unidentified John Doe, DOC employee defendants shall be DISMISSED for failure to prosecute pursuant to Rule 4(m) Fed.R.Civ.P.

Baton Rouge, Louisiana, ~~February~~ March 8, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

_____
[2] Rec. Doc. No. 27.

Doc#46545